# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 95CR1129-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| PEDRO PARRA-ARREOLA (1), | |
| Defendant. | |

Based upon the motion of the United States (Doc. No. 26), the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Pedro Parra-Arreola. The defendant is hereby discharged as to this case only and the bench warrant issued on October 10, 1995 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 15, 2020

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-